**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE                                                    )
Whitney Delomi Duffus,                                   )
                                                         )        Case No. 6:23-bk-02010-TPG
                                                         )        Chapter 7
                                                         )
                                                         )
Whitney Delomi Duffus,                                   )
        Plaintiff,                                       )
                                                         )        Adv. Pro. No.   6:25-ap-00210-TPG
                                                         )
v.                                                       )
                                                         )
UNITED STATES DEPARTMENT                                 )
OF EDUCATION                                             )
                                                         )
        Defendant.                                       )
_____

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS

COMES NOW, Debtor by and through undersigned counsel and files this Motion to Voluntarily Dismiss their case and in support thereof states:

1.      Debtor filed this Adversary Proceeding case on 10/30/2025.

2.      No stipulation was entered into between the Parties.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order dismissing this case without prejudice and for such further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Dismiss case has been sent on this 11th day of March, 2026 to by U.S. First class mail and or/ electronic transmission to all parties on ECF.

/s/ Brian E. Miller
Brian E. Miller
Bar # 0102307
Attorney for Debtor
The Independence Law Firm
341 N. Maitland Avenue, Suite 205
Maitland, FL 32751
Phone: 855-255-7678
b.miller@theindependencelawfirm.com